**Order entered August 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00822-CR

### WILLIAM TRAVIS HENDRIX, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-82997-2017**

## ORDER

Before the Court is appellant's July 30, 2019 motion to adopt the existing brief filed by former appellate counsel Kristin R. Brown on appellant's behalf. We **GRANT** the motion. The brief received by the Clerk on May 28, 2019 and filed on June 3, 2019 shall be appellant's brief. The State's brief shall be due within thirty days of the date of this order.

/s/    BILL PEDERSEN, III
JUSTICE